# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CEDARWOOD APARTMENTS

NO.   2021 CW 0453

VERSUS

KIZZIE WILLIAMS AND
OCCUPANTS

**APRIL 29, 2021**

In Re:   Kizzie Williams, request for a stay, Justice of the Peace Ward 3, Parish of East Baton Rouge, No. 69306.

**BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**STAY GRANTED.**  This matter is remanded to the Justice of the Peace Court with instructions to act on defendant's Emergency Motion to Submit CDC Declaration and Stop Execution of Warrant for Possession.  Execution of judgment of eviction and warrant of possession is hereby stayed pending action by the Justice of the Peace Court on this motion.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT